```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTIN J. BENZING, et al.,                           :
                                                     :    21-CV-5315 (PGG) (RWL)
                          Plaintiffs,                :
                                                     :
           - against -                               :    ORDER
                                                     :
TULLY CONSTRUCTION CO., INC., et al.,                :
                                                     :
                          Defendants.                :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the discovery issues raised by the parties at Dkt. 58 and 59. By May 5, 2023, lead counsel for the parties must meet and confer in good faith to formulate a schedule for depositions. If the parties cannot come to agreement, the Court will require counsel to come to the courthouse in person to work out a schedule with each other. By May 12, 2023, the parties shall file a joint letter setting forth whether the parties have come to agreement on a deposition schedule or instead need to come to court to do so.

Plaintiffs and 30(b)(6) corporate witnesses shall be deposed first, to the extent doing so does not delay depositions of other witnesses. The deadline for fact discovery is extended to July 28, 2023. The deadline for completing expert discovery is extended to October 31, 2023.

The Clerk of Court is respectfully requested to terminate the letter motions at Dkt. 58 and 59.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 1, 2023
        New York, New York

Copies transmitted this date to all counsel of record.