```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTIN J. BENZING, et al.,

                Plaintiffs,

    - against -

TULLY CONSTRUCTION CO., INC., et al.,

                Defendants.
------------------------------------------------------------X

21-CV-5315 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This order resolves the parties' discovery disputes at Dktd. 66 and 67.

        1.     Defendants may depose Plaintiff for an additional 3.5 hours, remotely if Plaintiff so chooses.

        2.     The parties shall proceed with the depositions as currently scheduled. The continued deposition of Plaintiff and the deposition of Annastacia Benzing shall be scheduled cooperatively by the parties but need not take place before the other depositions proceed.

        3.     Defendants' request to stay all depositions pending completing Plaintiff's deposition and taking Ms. Benzing's deposition is denied.

        The Clerk of Court is respectfully requested to terminate the letter motions at Dkts. 66 and 67.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 11, 2023
       New York, New York

Copies transmitted this date to all counsel of record.