

**Cullen and Dykman LLP**
One Battery Park Plaza, 34th Floor
New York, NY 10004
T: 212.732.2000
F: 212.742.1219

**DANIELLE HOFFMANN**
ASSOCIATE
TELEPHONE: (212) 732-2000
DHOFFMANN@CULLENLLP.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2023
```

December 6, 2023

**VIA ECF ONLY**
Hon. Robert W. Lehrburger, U.S.M.J.
United States Courthouse Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

    Re:    Case:    *Martin J. Benzing, et. al. v. Tully Construction Co., Inc. et. al.*
                  Case No.: 1:21-cv-05315-PGG
                  Our File No.: 5473-14

Your Honor:

    We represent Defendants/Third-Party Plaintiffs Tully Construction Co. Inc. and Posillico Civil, Inc. ("Defendants"), in this personal injury action case.

    The Defendants and the Plaintiffs have arranged for a meet and confer to be scheduled by Teams this Friday, December 8, 2023 at 1:00 p.m. to address outstanding discovery and the issues addressed in and to resolve the plaintiffs' motion. In that regard, the parties have all agreed by email to adjourn the Defendants' response to the Plaintiffs' pending motion from December 8, 2023 to December 15, 2023.

    Accordingly, please confirm permission from the Court for the Defendants to respond to plaintiffs' motion by December 15, 2023.

    Thank you in advance for your courtesy and attention to this matter.

                                            Respectfully submitted,

                                            *Danielle B. Hoffman*

                                            Danielle B. Hoffmann, Esq.

cc:    Counsel of Record *via* ECF

Granted.
SO ORDERED:
12/7/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

{01371185.DOCX}