USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN J. BENZING et al.,

                Plaintiffs,

-against-

TULLY CONSTRUCTION CO, INC. et al.,

                Defendant(s).

21-CV-05315 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order referring the case to Magistrate Judge Lehrburger for general pretrial supervision. Dkt. No. 74. All orders, deadlines, and dates issued by Magistrate Judge Lehrburger likewise remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Lehrburger.

      All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Rule II(B)(9) of the Individual Rules will apply in this case following the close of all discovery. This Court will set a post-discovery status conference after discovery has concluded.

Dated: March 13, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge