UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN J. BENZING et al., <br><br> Plaintiffs, <br><br> -against- <br><br> TULLY CONSTRUCTION CO., INC. et al., <br><br> Defendants. | 21-CV-05315 (MMG) <br><br> **ORDER** |

MARGARET M. GARNETT, United States District Judge:

It is hereby ordered that a post-discovery conference is scheduled before Judge Garnett on **Tuesday, July 16, 2024, at 9:30 a.m.** The conference will be held in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. Any pre-motion letters under Rule II(B)(9) of the Court's Individual Rules & Practices are due by **June 28, 2024.**

Dated: June 17, 2024
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge