USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____5/1/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENZING et al.,

                                     Plaintiffs,

                    -against-

TULLY CONSTRUCTION CO, INC. et al.,

                                     Defendants.

21-CV-05315 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On April 29, 2026, the parties appeared before the Court to discuss the parties' motions for reconsideration, Dkt Nos. 225, 226, 229, and to set a timeline for trial.

Finding that no party had met the "strict" standard for reconsideration, the Court DENIED all parties' motions from the bench, on the record. *See Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012). Namely, the Court determined that no party had presented the requisite showing of (1) an intervening change of controlling law; (2) new evidence; or (3) clear error to prevent manifest injustice. *See Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Trust*, 729 F.3d 99, 104 (2d Cir. 2013).

As discussed at the conference, the trial is scheduled to begin with jury selection at 9:30 a.m. on **Tuesday, November 17, 2026**.

The schedule for pre-trial materials, motions, and appearances shall be as follows:

- The parties shall file letters advising the Court on whether either party wishes to bifurcate the trial by no later than **May 29, 2026**. The letters should also advise whether the parties have agreed to meet with Judge Lehrburger for further settlement discussions.

- The parties' Joint Pretrial Order and any additional motions *in limine* shall be due no later than **October 6, 2026**, with any oppositions to motions *in limine* due no later than **October 20, 2026**.

- The parties' joint proposed *voir dire* questions, requests to charge, and verdict sheet shall be due no later than **October 13, 2026**.

- The parties shall appear for a Final Pretrial Conference on **Monday, November 2, 2026, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.
    - The parties shall arrange for their technology walkthrough to take place immediately following the Final Pretrial Conference.

- The parties shall deliver hard copies and electronic copies of their marked exhibits and exhibit lists to the Court no later than **November 2, 2026**.

Counsel are referred to the Court's Individual Rules & Practices for Civil Trials and are expected to ensure that all pre-trial filings and provision of exhibits comply with those Rules.

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 225, 226, and 229.

Dated: May 1, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2