UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN J. BENZING et al.,

                    Plaintiffs,

            -against-

TULLY CONSTRUCTION CO., INC. et al.,

                    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2026

21-CV-05315 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On May 1, 2026, the Court ordered parties to inform the Court whether any party wishes to bifurcate the trial and whether the parties have agreed to meet with Magistrate Judge Lehrburger for further settlement discussions. *See* Dkt. No. 231. The Court is in receipt of the parties' filings on these issues. *See* Dkt. Nos. 232–235.

Having reviewed the submissions, the Court declines to bifurcate the trial at this time. However, any party may renew a request for bifurcation with the filing of the Joint Pretrial Order, currently due on **October 6, 2026**. Any responses are due on **October 20, 2026**.

As discussed at the May 1 Conference, the Court generally does not order parties to attend settlement or mediation conferences unless all parties consent; however, the referral to Judge Lehrburger for settlement remains active and counsel are free to contact Judge Lehrburger at any time to schedule a further session should all parties consent. In addition, if it would be useful for only the two Defendants to have a settlement conference to attempt to resolve the issues between them without Plaintiffs' participation, at least initially, that can also be arranged.

The Clerk of the Court is respectfully directed to terminate Dkt. Nos. 233 and 235.

Dated: June 3, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge