USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN J. BENZING,

Plaintiff,

-against-

TULLY CONSTRUCTION CO, INC., et al.,

Defendants.

21-CV-05315 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

By Order dated May 1, 2026, this Court set trial to begin on Tuesday, November 17, 2026, and ordered a briefing schedule for related pre-trial motions. *See* Dkt. No. 231.

Due to an unavoidable conflict with the undersigned's criminal trial calendar, Judge Denise L. Cote will be presiding over the present trial, which will now begin on **November 30, 2026** to accommodate Judge Cote's calendar. The trial will take place in Judge Cote's courtroom, which is Courtroom 18B in the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, NY. Unless otherwise ordered by Judge Cote, all other deadlines in the May 1, 2026 Order remain in effect.

All trial-related matters, including all pre-trial motions, should be addressed to Judge Cote and should adhere to Judge Cote's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-denise-l-cote.

Finally, on further consideration, the parties are hereby ORDERED to have a settlement conference with Magistrate Judge Lehrburger before pre-trial motions are due. Accordingly, **within the next week**, the parties must contact Judge Lehrburger's chambers to request a date for a settlement conference, which must take place before **October 2, 2026**. The parties are further ORDERED to file a letter on the docket by no later than **August 28, 2026**, advising as to the scheduled date of the conference.

Dated: August 20, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge