UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN J BENZING and ANNASTACIA BENZING,

Plaintiffs,

-v-

TULLY CONSTRUCTION CO, INC. et al.,

Defendants.

TULLY-POSILLICO JV et al.,

Third-Party Plaintiffs,

-v-

STRUCTURAL SERVICES, INC.,

Third-Party Defendant.

21cv5315 (DLC)

ORDER

DENISE COTE, District Judge:

On August 20, 2026, this action was transferred to the undersigned for the purposes of trial, which is set for November 30. In accordance with an order of May 1, the joint pretrial order and any motions *in limine* are due on October 6. The parties shall supply Chambers with two (2) courtesy copies of these documents on that date by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. To accommodate the Court's schedule, it is hereby

ORDERED that any oppositions to motions in limine are due on **October 13, 2026.** Each party shall supply Chambers with two (2) courtesy copies of their opposition on that date.

IT IS FURTHER ORDERED that the final pretrial conference is rescheduled to **October 20, 2026** at **2:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties' proposed voir dire questions, requests to charge, and verdict sheet shall be due no later than **November 6, 2026.** The parties shall supply Chambers with two (2) courtesy copies of these documents on that date.

Dated: New York, New York
September 22, 2026

DENISE COTE
United States District Judge