UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN J BENZING and ANNASTACIA BENZING,

Plaintiffs,

-v-

TULLY CONSTRUCTION CO, INC. et al.,

Defendants.

TULLY-POSILLICO JV et al.,

Third-Party Plaintiffs,

-v-

STRUCTURAL SERVICES, INC.,

Third-Party Defendant.

21cv5315 (DLC)

ORDER

DENISE COTE, District Judge:

On August 20, 2026, this action was transferred to the undersigned for the purposes of trial, which is set for November 30. The original complaint filed by the Benzings and the third-party complaint filed by the Tully-Posillico defendants against third-party defendant Structural Services Inc. base subject matter jurisdiction on 28 U.S.C. § 1332(a). In accordance with Section 6(A) of the Court's Individual Practices in Civil Cases, it is hereby

ORDERED that the parties shall include in their Joint Pretrial Order a statement by each party on the presence or absence of subject matter jurisdiction. Such statements shall include citations to all statutes relied on and relevant facts as to citizenship and jurisdictional amount.

Dated: New York, New York
September 29, 2026

Denise Cote
DENISE COTE
United States District Judge