UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN J BENZING and ANNASTACIA BENZING,

Plaintiffs,

-v-

TULLY CONSTRUCTION CO, INC. et al.,

Defendants.

TULLY-POSILLICO JV et al.,

Third-Party Plaintiffs,

-v-

STRUCTURAL SERVICES, INC.,

Third-Party Defendant.

21cv5315 (DLC)

ORDER

DENISE COTE, District Judge:

For the reasons stated on the record at the conference held on October 20, 2026, it is hereby

ORDERED that by **November 3, 2026** the parties may submit legal authority regarding the admissibility of plaintiffs' experts' medical opinions concerning (1) dementia and (2) the need for an additional surgery. The submissions may address whether opinions framed in terms of "a high probability," a "substantial increased probability," and "an increased risk" are

admissible. The parties may also submit any relevant deposition excerpts.

IT IS FURTHER ORDERED that the parties may make further submissions by **November 3, 2026** regarding the sufficiency of Dr. Sewick's performance-validity testing and the need for a Rule 104 hearing.

IT IS FURTHER ORDERED that by **November 3, 2026** the plaintiffs shall disclose which three witnesses they intend to call regarding Mr. Benzing's condition before and after the accident.

IT IS FURTHER ORDERED that a conference is scheduled for **November 17, 2026** at **10:00 a.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
October 20, 2026

DENISE COTE
United States District Judge