UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARTIN J. BENZING, et al., Plaintiffs, - against - TULLY CONSTRUCTION CO., INC., et al., Defendants. | : | 21-CV-5315 (DLC) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court held a settlement conference for this case in February 2025 that did not culminate in settlement. The Court held a second settlement in September 2026 that did not culminate in settlement. With trial looming, the Court reached out to the parties to schedule two additional settlement conferences, the first to address matters between the two sets of Defendants, and the second to address settlement with all parties.

On October 26, 2026, my Courtroom Deputy sent an email to the parties with proposed dates and times for both conferences, the dates being between November 19, 2026 and December 10, 2026. The parties failed to provide agreed-upon dates for either conference. At the time, trial had been scheduled for mid-December. With trial now scheduled for the end of November, many of the dates offered by the Court are moot as they do not pre-date November 30, 2026.

Accordingly, the Court issues this order to offer revised dates and times and to require a prompt response in the absence of which the Court will schedule the dates and times without input from the parties. Each settlement conference will last up to 2.5 hours and will be conducted via Microsoft Teams.

Accordingly,

1. **By November 9, 2026, 5:00 pm**, the two sets of Defendants shall provide the Court with an agreed-upon date and time chosen from the following:

- November 10 at 9:45 am or 2:15 pm
- November 11 at 9:30 am or 2:15 pm
- November 13 at 9:30 am

2. **By November 9, 2026, 5:00 pm**, Plaintiffs and both sets of Defendants shall provide the Court with an agreed-upon date and time chosen from the following:

- November 19 at 9:45 am
- November 20 at 9:30 am
- November 23 at 2:00 pm
- November 24 at 9:30 am

3. If the parties fail to provide by **November 9, 2026, 5:00 pm**, agreed-upon dates and times from those offered, the Court will unilaterally fix the dates and times for the two conferences.

4. Attendance by parties with ultimate authority to settle is mandatory.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2026
New York, New York

Copies transmitted this date to all counsel of record.