UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARTIN J. BENZING, et al., Plaintiffs, - against - TULLY CONSTRUCTION CO., INC., et al., Defendants. | : | 21-CV-5315 (DLC) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the order entered on November 5, 2026 at Dkt. 272, and the Court having received in response only the letter filed jointly by Defendants at Dkt. 281, it is hereby ordered that:

1. A settlement conference will be held via Microsoft Teams on **Thursday, November 19, 2026 starting at 9:45 am** at which representatives with ultimate authority to settle on behalf of all Defendants must appear along with counsel.

2. A settlement conference will be held via Microsoft Teams on **Friday, November 20, 2026 starting at 9:30 am** at which representatives with ultimate authority to settle must appear for all parties along with counsel.

The Court will separately provide the parties with the requisite information necessary to enter the Teams conferences.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 10, 2026
New York, New York

Copies transmitted this date to all counsel of record.